LATHAM & WATKINS LLP
  Steven D. Atlee (Bar No. 151025)
  David D. Johnson (Bar No. 204458)
  Keith J. Wesley (Bar No. 229276)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

**E-filed 7/5/05**

Attorneys for Plaintiff
EASTECH ELECTRONICS (TAIWAN), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| EASTECH ELECTRONICS (TAIWAN), INC., a Taiwan corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendant. | Case Number: CV04-04542-JF<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF KEITH J. WESLEY IN SUPPORT THEREOF; ~~PROPOSED~~ ORDER** |

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES

LA\1448985.1
035766-0004

Joint Stipulation to Continue Case Management Conference

1   Plaintiff Eastech Electronics (Taiwan), Inc. ("Eastech") and
2   Defendant Digital Networks North America, Inc. ("DNNA") respectfully request
3   that this Court grant the Order, attached hereto, continuing the date of the Case
4   Management Conference currently scheduled for August 5, 2005. Both Eastech
5   and DNNA stipulate to a continuance of that Conference until October 7, 2005, or
6   until such other time that is convenient for the Court. Pursuant to Local Rule No.
7   6-2(a), the factors necessitating this request are contained in the accompanying
8   Declaration of Keith J. Wesley.

9   Date: June 24, 2005                      LATHAM & WATKINS LLP

                                              By: /s/ Keith J. Wesley
                                                  Keith J. Wesley

                                              Attorneys for Plaintiff
                                              Eastech Electronics (Taiwan), Inc.


                                              PILLSBURY WINTHROP
                                              SHAW PITTMAN LLP

                                              By: /s/ Daniel J. Richert
                                                  Daniel J. Richert

                                              Attorneys for Defendant
                                              Digital Networks North America, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
LA\1448985.1
035766-0004

2

Joint Stipulation to Continue Case Management Conference

## DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, am over the age of 18 and declare as follows:

1. I am an attorney at the law firm of Latham & Watkins LLP, counsel to Plaintiff Eastech Electronics (Taiwan), Inc. ("Eastech") in the above-entitled case. I have personal, first-hand knowledge of the facts set forth below, and if called upon to do so, could and would testify competently thereto under oath.

2. Eastech filed its Complaint against Digital Networks North America, Inc. ("DNNA") in this action on October 27, 2004. The Court and parties engaged in an Initial Case Management Conference on April 1, 2005. This case was referred to Magistrate Judge Howard R. Lloyd for a settlement conference. A further Case Management Conference is scheduled to be held on Friday, August 5, 2005.

3. Since the Initial Case Management Conference, counsel for both Eastech and DNNA have been working diligently to complete document discovery. Depositions have yet to be scheduled in light of issues relating to document discovery that have arisen and that the parties are working together to resolve. Both Eastech and DNNA have indicated that once document discovery is complete, they plan to schedule depositions of key witnesses.

4. The scheduling of depositions in this case is challenging because Eastech's headquarters is in Asia and several key witnesses that both sides intend to depose are located outside of the United States.

5. On or about June 16, counsel for Eastech and DNNA engaged in a phone conference to discuss discovery issues and the status of the case. Counsel for Eastech and DNNA agreed that there is insufficient time between now and August 5 to complete document discovery, take depositions, and participate in a meaningful settlement conference. Counsel for Eastech and DNNA agreed that settlement discussions will be more beneficial if they occur after discovery is

LATHAM&WATKINS<sup>LLP</sup>  
ATTORNEYS AT LAW  
LOS ANGELES  

LA\1448985.1  
035766-0004  

3  

Joint Stipulation to Continue Case Management Conference

1 substantially complete. Counsel for Eastech and DNNA agreed that an additional 60 days would likely provide the parties enough time to adequately prepare for and participate in meaningful settlement discussions.

6. The parties have not previously requested any time modifications in this case.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California on June 24, 2005.

Keith J. Wesley

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference in this matter is rescheduled to ___Oct. 7___, 2005.

Dated: 7/5/05

                                                electronic signature authorized
                                                         Judge Jeremy Fogel

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1448985.1
035766-0004

5

Joint Stipulation to Continue Case Management Conference