1
2
3
4
5
6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8  SAN JOSE DIVISION

9  EASTECH ELECTRONICS (TAIWAN),          CV-04-4542-JF
        Plaintiff,
10                                          ORDER OF DISMISSAL
        V.
11
12  DIGITAL NETWORKS NORTH AMERICA,
        Defendant.
13  _____/

14
15     The parties hereto, by their counsel, have advised the Court that they have agreed to a
16  settlement of this case.
17     IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if
18  any party hereto shall certify to this Court, within ninety days, with proof of service of a copy
19  thereof, that the agreed consideration for said settlement has not been delivered over, the
20  foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the
21  calendar to be set for trial.

22                                          s/electronic signature authorized
23  Date: January 26, 2006                  _____
                                            JEREMY FOGEL
24                                          United States District Judge
25
26
27
28